UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUTH B. MONTENEGRO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAIRRA LYNN ALDAZ ROBERTS,<br><br>Defendant. | CASE NO.:   22CR1925-RBM<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that Seairra Lynn Aldaz Roberts' Motion Hearing currently scheduled for September 23, 2022, at 9:00 a.m., be rescheduled to October 28, 2022, at 9:00 a.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Ms. Aldaz Roberts in a speedy trial.

**SO ORDERED.**

DATED: 9/21/2022

*Ruth Bermudez Montenegro*

**Hon. Ruth B. Montenegro**
United States District Court Judge